UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CHRISTOPHER GAGE (#424395)

VERSUS

LEON JENKINS, ET AL.

CIVIL ACTION

NO. 13-638-SDD-SCR

## RULING

The Court, after carefully considering the *Complaint*[1], the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Stephen C. Riedlinger dated June 23, 2014, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the Defendants' *Motion to Dismiss Plaintiff's Complaint For Failure To State A Claim Upon Which Relief Can Be Granted*[3] is DENIED, and this matter is referred back to the magistrate judge for further proceedings.

Baton Rouge, Louisiana the 18 day of July, 2014.

*Shelly D. Dick*
SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 17.
[3] Rec. Doc. 11.