## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

CHRISTOPHER GAGE (#424395)

VERSUS

LEON JENKINS, ET AL.

CIVIL ACTION

NO. 13-638-SDD-SCR

## **RULING**

The Court has carefully considered the *Complaint*[1], the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Stephen C. Riedlinger dated November 3, 2014 to which no opposition has been filed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

Accordingly, the Defendants' *Motion for Partial Summary Judgment*[3] is DENIED. This matter is referred back to the Magistrate Judge for further proceedings.

Signed in Baton Rouge, Louisiana on <u>December 3, 2014</u>.

*Shelly D. Dick*

**JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 66.
[3] Rec. Doc. 18.